UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) |
|---|---|
|  | ) |
| vs. | ) No. 1:06-cr-76 |
|  | ) |
| MARK WILKINS, | ) JUDGE COLLIER |
|  | ) |
| Defendant. | ) |

# MARK WILKINS' MOTION FOR DOWNWARD DEPARTURE

Comes now, the Defendant, Mark Wilkins, by and through counsel, and pursuant to 18 U.S.C. Section 3553 and USSG 5k2.0, respectfully moves the Court to grant this Defendant a downward departure for the reasons set forth in the accompanying **Sentencing Memorandum of Mark Wilkins** and **Objections to Revised Pre-sentence Report**.

Respectfully submitted,
/s/ *A. Christian Lanier, III*
A. Christian Lanier, III
Attorney For Defendant
Suite 150, 615 Lindsay Street
Chattanooga, TN 37403
Telephone 423-756-1015
Fax 423-756-1208
Lanierlaw@comcast.net
BPR # 4670

Page -1-

# CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2007, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      /s/ *A. Christian Lanier, III*
      A. Christian Lanier, III
      Attorney For Defendant
      Suite 150, 615 Lindsay Street
      Chattanooga, TN 37403
      Telephone 423-756-1015
      Fax 423-756-1208
      Lanierlaw@comcast.net
      BPR # 4670

Page -2-

Case 1:06-cr-00076   Document 49   Filed 04/02/07   Page 2 of 2   PageID #: <pageID>